# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 10-cv-00873-REB-CBS

REV. DR. MARK PUMPHREY, and
MARY KAY PUMPHREY,

    Plaintiffs,

v.

USAA CASUALTY INSURANCE COMPANY,

    Defendant.

## ORDER DENYING WITHOUT PREJUDICE AS MOOT
## MOTION FOR PARTIAL DISMISSAL FOR FAILURE TO STATE A CLAIM

**Blackburn, J.**

    The matter before me is defendant's **Motion for Partial Dismissal for Failure To State a Claim** [#3][1] filed April 20, 2010. After the motion was filed, plaintiff sought leave to amend his complaint. (*See* **Motion To Amend Complaint Pursuant to Reul 15(a)(2), Fed.R.Civ.Proc. & Courtroom Practice Standard V(i)(3)** [#15] filed June 7, 2010.) The magistrate judge granted that motion, and the amended complaint has been accepted for filing. (*See* **Minute Order** [#28] filed June 18, 2010.) The filing of an amended complaint moots a motion to dismiss directed at the superseded complaint. ***See Griggs v. Jornayvaz***, 2009 WL 1464408 at *1 (D. Colo. May 22, 2009); ***United States ex rel. Babb v. Northrop Grumman Corp.***, 2007 WL 1793795 at *1 (D. Colo. June 19, 2007).

---

[1] "[#3]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** that defendant's **Motion for Partial Dismissal for Failure To State a Claim** [#3] filed April 20, 2010, is **DENIED WITHOUT PREJUDICE** as moot.

Dated June 21, 2010, at Denver, Colorado.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge