IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 10-cv-00873-REB-CBS   FTR - Reporter Deck-Courtroom A402
Date: November 18, 2010   Courtroom Deputy: Robert R. Keech

*Parties:*   *Counsel:*

MARK PUMPHREY, et al.   Jeffery B. Stalder

      Plaintiffs,

v.

USAA CASUALTY INSURANCE COMPANY,   Gwen M. Rogers

      Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  MOTION HEARING**
**Court in Session:    2:04 p.m.**
Court calls case.  Appearances of counsel.  Counsel appear by telephone.

**ORDERED:** Defendant's Unopposed Motion to Amend Answer to Amended Complaint [doc. #51], filed November 18, 2010, is **GRANTED.**

Defendant's Unopposed Motion for Entry of Stipulated Confidentiality Agreement and Protective Order [doc. #48], filed November 12, 2010, is raised for argument.

2:07 p.m.   Argument by counsel.

**ORDERED:** Defendant's Unopposed Motion for Entry of Stipulated Confidentiality Agreement and Protective Order [doc. #48], filed November 12, 2010, is **GRANTED.**

**ORDERED:** Counsel shall submit a revised Stipulated Confidentiality Agreement and Protective Order.

HEARING CONCLUDED.

**Court in recess:**     **2:09 p.m.**
Total time in court:     00:05

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.