**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00873-REB-CBS

REV. DR. MARK PUMPHREY, and
MARY KAY PUMPHREY,

    Plaintiffs,

v.

USAA CASUALTY INSURANCE COMPANY,

    Defendant.

**ORDER DENYING WITHOUT PREJUDICE
AS MOOT DEFENDANT'S MOTION TO DISMISS**

**Blackburn, J.**

The matter before me is defendant's **Renewed Motion for Partial Dismissal for Failure To State a Claim** [#31] filed June 28, 2010. The motion challenges various claims set forth in **Plaintiff's** (sic) **First Amended Complaint** [#14], filed June 7, 2010. Plaintiffs have never filed a response. Instead, on September 23, 2010, plaintiffs sought leave to amend their complaint a second time. Defendant did not oppose that motion. (*See* **Plaintiff's Motion To File Second Amended Complaint Pursuant to F.R.C.P. 15** [#37] filed September 23, 2010.) Accordingly, the magistrate judge granted the motion to amend, and the Second Amended Complaint has been accepted for filing. (*See* **Minute Order** [#39] filed September 23, 2010; **Second Amended Complaint** [#43] filed September 23, 2010.)

The filing of an amended complaint moots a motion to dismiss directed at the superseded complaint. *See Griggs v. Jornayvaz*, 2009 WL 1464408 at *1 (D. Colo.

May 22, 2009); *United States ex rel. Babb v. Northrop Grumman Corp.*, 2007 WL 1793795 at *1 (D. Colo. June 19, 2007). In this case in particular, plaintiffs have eliminated two-thirds of the claims previously asserted, including, it appears, all seven of the claims implicated by defendant's motion for partial dismissal. Accordingly, defendant's motion will be denied on that basis.

**THEREFORE, IT IS ORDERED** that defendant's **Renewed Motion for Partial Dismissal for Failure To State a Claim** [#31] filed June 28, 2010, is **DENIED WITHOUT PREJUDICE AS MOOT**

Dated November 19, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge