**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  10-cv-00873-REB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  January 14, 2011** | **Courtroom Deputy:**  Linda Kahoe |

MARK PUMPHREY, *et al.*,   Jeffery Blair Stalder

    Plaintiffs,

    v.

USAA CASUALTY INSURANCE COMPANY,   Gwen M. Rogers

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  TELEPHONIC MOTION HEARING**
**Court in session:       9:00 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Plaintiffs' Motion to Endorse Additional Expert Witness, doc #[62], filed 1/3/2011.

The court states that counsel did not comply with the Practice Standards.

The court confirms that the Motion is now unopposed.

**ORDERED:**  Plaintiffs' Motion to Endorse Additional Expert Witness, doc #[62] is
          **GRANTED**.

Mr. Stalder states he needs to serve additional discovery.

Ms. Rogers states that Defendant will oppose a request for additional discovery.

The court states that Mr. Stalder will have to make a showing under Rule 16(b) and Rule 6.

The court states that the Motion to Assert Punitive Damages, doc #[67], has just been referred.

Ms. Rogers presents arguments.

Mr. Stalder presents arguments.

Ms. Rogers requests additional time to complete depositions.  Mr. Stadler does not oppose the request.

The court will not move the date of the Pretrial Conference.

The court will hold the questions in abeyance.  Counsel will consult with their clients.

**ORDERED:**   A Telephonic Status Conference is set for **3:45 p.m. on JANUARY 14, 2011** to discuss the punitive damages issue, and whether or not there are any objections regarding the request for additional time to conduct written discovery and willingness to forego expert depositions.

HEARING CONCLUDED.

**Court in recess**:        9:50 a.m.
Total time in court:     00:50

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.