**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00873-REB-CBS

REV. DR. MARK PUMPHREY, and
MARY KAY PUMPHREY,

    Plaintiffs,

v.

USAA CASUALTY INSURANCE COMPANY,

    Defendant.

### MINUTE ORDER[1]

    The matter comes before the court on **Plaintiffs' Notice of Withdrawal of Plaintiffs' Motion For Partial Summary Judgment [#72, filed 1/17/11]** [#77] filed January 28, 2011.  After reviewing the notice and the file, the court has concluded that the notice should be accepted and that **Plaintiffs' Motion For Partial Summary Judgment** [#72] filed January 17, 2011, should be withdrawn.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That **Plaintiffs' Notice of Withdrawal of Plaintiffs' Motion For Partial Summary Judgment [#72, filed 1/17/11]** [#77] filed January 28, 2011, is **ACCEPTED**; and

    2.  That **Plaintiffs' Motion For Partial Summary Judgment** [#72] filed January 17, 2011, is **WITHDRAWN**.

    Dated:  January 28, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.