**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00873-REB-CBS

REV. DR. MARK PUMPHREY, and
MARY KAY PUMPHREY,

    Plaintiffs,

v.

USAA CASUALTY INSURANCE COMPANY,

    Defendant.

**MINUTE ORDER**[1]

    The matter comes before the court on defendant's **Notice Regarding Acceptance of Coverage Under USAA Casualty Insurance Company Policy and Withdrawal of Motion To Bifurcate Trial and Motion For Summary Judgment** [#76] filed January 28, 2011.  After reviewing the notice and the file, the court has concluded that the notice should be accepted and that **Defendant USAA Casualty Insurance Company's Motion To Bifurcate Trial** [#59] filed December 17, 2010, and **USAA CIC's Motion For Summary Judgment** [#74] filed January 19, 2011, should be withdrawn.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That defendant's **Notice Regarding Acceptance of Coverage Under USAA Casualty Insurance Company Policy and Withdrawal of Motion To Bifurcate Trial and Motion For Summary Judgment** [#76] filed January 28, 2011, is accepted;

    2.  That **Defendant USAA Casualty Insurance Company's Motion To Bifurcate Trial** [#59] filed December 17, 2010, is **WITHDRAWN**; and

    3.  That **USAA CIC's Motion For Summary Judgment** [#74] filed January 19, 2011, is **WITHDRAWN**.

    Dated:  January 28, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.