**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00873-REB-CBS

REV. DR. MARK PUMPHREY, and
MARY KAY PUMPHREY,

    Plaintiffs,

v.

USAA CASUALTY INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal With Prejudice** [#85] filed March 1, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#85] filed March 1, 2011, is **APPROVED**;

2. That the Trial Preparation Conference set for April 8, 2011, is **VACATED**;

3. That the jury trial set to commence April 25, 2011, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated March 1, 2011, at Denver, Colorado.

                          **BY THE COURT:**

                          */s/ Robert E. Blackburn*
                          Robert E. Blackburn
                          United States District Judge